FILED

AUG 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID H. PICKUP; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, in his official capacity; et al.,<br><br>　　　　Defendants - Appellees,<br><br>　and<br><br>EQUALITY CALIFORNIA,<br><br>　　　　Intervenor-Defendant - Appellee. | No. 12-17681<br><br>D.C. No. 2:12-cv-02497-KJM-EFB<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: KOZINSKI, Chief Judge, and GRABER and CHRISTEN, Circuit Judges.

Plaintiffs-Appellants' Motion to Strike Portions of Equality California and Certain Amicus Briefs is DENIED.